# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| CURTIS A. JORDAN,<br>    Petitioner, | Case No. 1:17-cv-54 |
| vs. | Dlott, J.<br>Litkovitz, M.J. |
| WARDEN, CHILLICOTHE<br>CORRECTIONAL INSTITUTION,<br>    Respondent. | **ORDER** |

This matter is before the Court on petitioner's motion for leave to proceed on appeal *in forma pauperis* and motion for a certificate of appealability. (Docs. 26, 27).

On June 12, 2018, a final Order and Judgment were entered in this case adopting the United States Magistrate Judge's Report and Recommendation to deny the petition for a writ of habeas corpus brought pursuant to 28 U.S.C. § 2254. (*See* Docs. 23, 24). In the final Order, the Court denied a certificate of appealability, certified pursuant to 28 U.S.C. § 1915(a)(3) that an appeal would not be taken in "good faith," and denied petitioner leave to proceed on appeal *in forma pauperis* upon a showing of financial necessity. (*See* Doc. 23). For the reasons previously given by the Court in the final Order, petitioner's motions (Docs. 26, 27) are **DENIED**. Petitioner remains free, however, to request *in forma pauperis* status on appeal and the issuance of a certificate of appealability from the United States Court of Appeals for the Sixth Circuit.

**IT IS SO ORDERED**.

Date: July 17, 2018

Susan J. Dlott, Judge
United States District Court